# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 20-115-MWF | Date | February 4, 2022 |
| Title | United States v. Arthur Lottie Jr. | | |

**Present: The Honorable** Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | CourtSmart 2/4/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| Samuel J. Diaz | Dinah Manning |

**Proceedings:**   ORDER OF TERMPORARY DETENTION

Defendant is alleged to have violated the terms of pretrial release. At the initial appearance following arrest on the violation petition, Defendant challenged the Government's request for detention. For the reasons set forth on the record, Defendant is ordered TEMPORARILY DETAINED, pending a hearing before the District Judge. This order of detention is without prejudice, and the parties are directed to contact the District Judge to set the matter for a hearing on the issue of detention or release.